# ADDENDA.

## FIRST DEPARTMENT.

### GENERAL TERM, JANUARY, 1875.

### HEMENWAY v. WILSON.

*Partnership — lease by firm — death of partner — death of all partners — continuance of business under old firm name — when personal representatives not liable.*

The firm of T., I. & Co., composed of T. & I., leased a store. Afterward T. died, and about a year after him I. died. *Held,* that upon the death of T., the interest in the lease vested in the surviving partner, and the continued occupancy by I. of the store under the old firm name, imposed no liability upon the personal representatives of T., and that upon the death of I. the firm ceased to exist, and the continued occupancy of the premises under the firm name could only create a presumption that a new firm had been formed under the old name, and would not be enough to charge the representatives of T. and I. with any joint liability for the rent.

APPEAL by plaintiff from a judgment in favor of defendant, upon the report of a referee. The action was brought by Augustus Hemenway against William S. Wilson and another, executor, etc., of Frederick Tracy, deceased, and Sarah J. Irwin, executrix of James Irwin, deceased, to recover for the use and occupation of a store.

*F. B. Candler,* for appellant.

*Charles Tracy,* for respondents.

DAVIS, P. J.

The head-note contains a full statement of all that is of importance in the opinion.

*Judgment affirmed.*